JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOESCH,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RITE AID CORPORATION and DOES 1<br>to 100, inclusive,<br><br>                    Defendants. | No. CV 11-09089 JAK (Ex)<br><br>**ORDER GRANTING STIPULATION<br>OF DISMISSAL** |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: April 11, 2012.

_____
John A. Kronstadt
United States District Judge